# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED, and TECHTRONIC INDUSTRIES CO. LTD.,

          Plaintiffs,

v.

HILTI INC.,

          Defendant.

Case No. 14-CV-1288-JPS

**ORDER**

On April 26, 2017, the parties filed a joint stipulation of dismissal of this action, including all claims and counterclaims, with prejudice and without costs or fees assessed to any party. (Docket #108). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #108) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 26th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge